CORCORAN
*vs.*
HATCH.

'If one of the defendants do not answer and there is no evidence of the quantum of his interest, nor the nature of his interest in the house repaired, altho' judgment was taken by default and the other defendant filed an answer, the judgment against him is irregular.

*CORCORAN* vs. *HATCH* & *WIFE.*

APPEAL from the court of the fourth district, the judge of the eighth presiding.

MARTIN, J. delivered the opinion of the court. The plaintiff claims the produce of his labour, and materials furnished, in repairing a house, the property of the wife and the heirs of Rome.

Judgment was taken by default. The husband had the default set aside and pleaded alone, the general issue, a special contract that the repairs were inartificially made, and that he had a right to judgment in reconvention.

The plaintiff had judgment against both, and they appealed.

It is clear that as the wife did not answer, and there is no evidence of the quantum of her interest in the house, nor of the nature of her estate, judgment was irregularly given against her.

As to the husband, the plaintiff was interrogated by him and answered that the special contract, stated in the answer, which was entered into between the plaintiff and Hendley,

and· the defendant, was not carried into effect

by them; the work was performed by the
plaintiff alone, and was in many respects
different from that first contemplated—the defendant having required additions and alterations.

The whole turns on matters of fact, in acting upon which we are not aware that the district court erred.

It is therefore ordered, adjudged and decreed, that the judgment be annulled, avoided and reversed, as far as it regards the wife, and affirmed as far as it concerns the husband, he paying costs in both courts.

*Davis*, for defendant.